COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ALWAYS CARING HEALTH CARE SERVICE INC., | § | No. 08-10-00178-CV |
| | | Appeal from the |
| Appellant, | § | |
| | | County Court at Law No. 5 |
| v. | § | |
| | | of El Paso County, Texas |
| MARTHA B. FRANCO, | § | |
| | | (TC# 2009-1383) |
| Appellee. | § | |

## MEMORANDUM  OPINION

Pending before the Court is a joint motion to dismiss.  *See* TEX. R. APP. P. 42.1(a).  The motion is granted, and the suit is dismissed with prejudice.  The parties shall bear their own costs.


GUADALUPE RIVERA, Justice

November 17, 2010

Before Chew, C.J., McClure, and Rivera, JJ.